UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30769
_____


EMMETT HYDE,

Plaintiff - Appellee

VERSUS


STANLEY TOOLS, a Product Group of the Stanley Works,

Defendant - Appellant


_____

No. 00-30959
_____



STANLEY TOOLS, a Product Group of the Stanley Works,

Plaintiff - Appellant

VERSUS

MADISON MILL, INC.,

Defendant - Appellee

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
(98-CV-2757 & 00-CV-1023)
_____
December 3, 2001


1

Before JOLLY and PARKER, Circuit Judges, and SPARKS[*], District Judge.

PER CURIAM:[**]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.